IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: 2:06-CR-129 (3) |
|---|---|---|
| Plaintiff | ) | JUDGE MARBLEY |
| vs. | ) | |
| LANCE K. POULSEN, et al., | ) | |
| Defendant. | ) | |

## AGREED ORDER RESOLVING
## DISPUTES BETWEEN THE UNITED STATES
## AND ELISE AYERS

This matter came before the Court the on Plaintiffs motion for a writ of garnishment against Defendant filed on February 25, 2009 (Doc. 934) and on Defendant's motion to change venue and request for oral argument (Doc. 965), motion to quash writ of garnishment (Doc. 979) and motion for accounting and request for oral argument (Doc. 987).

I    **FACTS**:

The debt in this matter arises from a Judgment, entered on October 7, 2008, against Defendant, Donald H. Ayers ("Defendant"), in Criminal Action No. 2:06-CR-129, ordering special assessments in the amount of $800.00 and restitution in the amount of $2,384,147,105.09. (Doc. 826). On October 10, 2008, the Court entered an amended judgment, which states that, "Within 30 days he shall liquidate his Merrill Lynch money market account, individual retirement account, and all of his vehicles with the exception of one, to apply towards his outstanding restitution obligation." (Doc. 842).

On January 12, 2009, Plaintiff, having discovered that Defendant had not liquidated the aforementioned assets as ordered by the Court, filed a motion for release of funds held by Merrill Lynch, specifically accounts XXX-X0064, XXX-X0065, XXX-X0066', XXX-X0620, XXX-X7004, XXX-X7046 and XXX-X7055, in which Defendant had a substantial interest. (Doc. 916). On March 4, 2009, the Court issued an order to release said funds held by Merrill Lynch. (Doc. 962)

On February 25, 2009, Plaintiff filed a motion for a writ of garnishment against Defendant for an additional account held by Merrill Lynch, specifically account XXX-X0067 (Elise C. Ayers, Donald Ayers Dynasty Trust). (Doc. 934). On March 4, 2009, the Court issued a writ of garnishment (Doc. 960) and an order for writ of garnishment (Doc. 961) pertaining to said motion.

Since March 4, 2009, Mrs. Ayers has filed three subsequent motions regarding the aforementioned order to turn over funds and the writ of garnishment concerning the Merrill Lynch accounts; those motions being a motion to change venue and request for oral argument (Doc. 965), motion to quash writ of garnishment (Doc. 979) and motion for accounting and request for oral argument (Doc. 987).

## II  RESOLUTION:

In order to resolve these recent matters presented before the Court between Plaintiff and Mrs. Ayers, the parties agree to the following:

1.  The United States agrees to turn over to Mrs. Ayers fifteen thousand four hundred thirty-seven dollars and fifty cents ($15,437.50), which represents fifty percent (50%) of the funds the United States obtained from the Merrill Lynch account XXX-X0064 through the Court's Order to Release Funds Held by Merrill Lynch (Doc 962).

Plaintiff later discovered that Defendant has no interest in account XXX-X0066.

2. The United States agrees to withdraw its motion for a writ of garnishment (Doc. 934) regarding the Donald Ayers Dynasty Trust account (acct no. XXX-X0067).

3. Mrs. Ayers agrees to withdraw her motion to change venue and request for oral argument (Doc. 965), motion to quash writ of garnishment (Doc. 979) and motion for accounting and request for oral argument (Doc. 987) and further agrees to make no further claims regarding any interest she may have had in the Merrill Lynch accounts specified in the Court's order to release funds held by Merrill Lynch (Doc. 962).

4. Mrs. Ayers agrees to relinquish her interest in both the real and personal property located at 8639 Gavinton Court, Dublin, Ohio (Parcel ID 60034308004000) to the United States.

5. The United States agrees to release the lien filed on November 3, 2008 in Lee County, Florida, Instr. no. 2008000288877, as it pertains to the property located at 15620 Kinross Circle, Fort Myers, FL within 10 days of the entry of this Agreed Order.

6. The United States agrees that the personal property located at 15620 Kinross Circle, Fort Myers, FL will not be subject to restitution or forfeiture in this matter.

7. The United States agrees that the property identified in paragraphs 2 ,5 and 6, or any proceeds from the sale of said property, will not be subject to restitution or forfeiture in this matter.

8. The parties represent that they have been given a reasonable period of time within which to consider this Agreed Order; that they have consulted with the attorney of their own choosing regarding the terms and conditions and had the opportunity to review them with their attorney; that they fully understand the terms and conditions of this Agreed Order; that the benefit provided to them constitutes good and valuable consideration; and, that they have

voluntarily executed this Agreed Order without any duress, undue influence or coercion of any sort.

9. This document is binding upon the parties and any of their heirs, executors, successors or assigns.

10. Each party will bear its own attorneys' fees and costs.

11. The foregoing constitutes the entire agreement of the parties and cannot be varied or amended except pursuant to a writing signed by all of the parties hereto or their successors or assigns.

12. This Agreed Order concerns only the property identified herein and is not applicable to any property, not specifically identified in this Agreed Order, that Ms. Ayers may have an interest in. It represents a full and final settlement of the contested property issues herein as identified in paragraphs 2, 5 and 6.

13. Nothing in this Agreed Order precludes the United States from pursuing any assets not specifically identified herein, including any assets transferred by or on behalf of Donald Ayers into any accounts owned or controlled by Elise Ayers or other unnamed persons prior or subsequent to the date of this Agreed Order. Similarly, nothing in the Agreed Order precludes Elise Ayers from challenging any restitution or forfeiture actions by the United States concerning any other assets, not specifically identified herein, where Elise Ayers may have an interest.

APPROVED AND AGREED TO:

_(signature)_

GREGORY G. LOCKHART
United States Attorney
Southern District of Ohio
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715
Deborah.Sanders@usdoj.gov


_(signature)_

ELISE C. AYERS
Spouse of Defendant, DONALD AYERS


_(signature)_

JAMES L. ERVIN, JR. (0067016)
Benesch, Friedlander, Coplan & Aronoff LLP
41 South High Street
Suite 2600
Columbus, Ohio 43215
(614) 223-9300
Jervin@bfca.com
Counsel for Elise C. Ayers

OF COUNSEL:

_(signature)_

ADAM P. SCHWARTZ
Pro Hac Vice
Florida Bar No. 083178
RACHEL R. MAY
Co-Counsel

Florida Bar No. 0010657
CARLTON FIELDS, P.A.
Post Office Box 3239
Corporate Center 3 at International Plaza
4221 West Boy Scout Boulevard
Tampa, FL 33601-3239 (813) 223-7000
aschwartz@carltonfields.com
rmay@carltonfields.com

Co-Counsel for Elise C. Ayers

**APPROVED AND SO ORDERED** this __11TH__ day of __August__, 2009.

_____
UNITED STATES DISTRICT JUDGE MARBLEY