IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: 2:06-CR-129 (3) |
| vs. | ) |
| DONALD H. AYERS, | ) JUDGE MARBLEY |
| Defendant, | ) |
| and | ) |
| CREDIT SUISSE SECURITIES (USA), LLC, | ) |
| Garnishee. | ) |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee has filed an Answer to the Writ of Continuing Garnishment. The answer states that at the time of the service of the Writ of Continuing Garnishment Garnishee had in his possession, custody or under his control, personal property belonging to and due the Defendant.

The Defendant was notified of his/her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee liquidate the Defendant's Account as listed on the aforementioned Answer of the Garnishee. The proceeds from said liquidation will then be turned over to the Clerk, U.S. District Court, 85 Marconi Blvd., Room 121, Columbus, OH 43215, where it will be applied to the Restitution owed by the Defendant in this case.

Dated: 2/23/10

_____
UNITED STATES DISTRICT JUDGE